**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DE'SAUNDRA BARKER**                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:14-cv-00588-KGB**

**MILLENNIUM BOWL INC., ET AL.**                                       **DEFENDANTS**

**ORDER**

Plaintiff De'Saundra Barker and separate defendant Millennium Bowl Inc. are directed to file a joint status report regarding Millennium Bowl's motion for protective order within 10 days of the date of this Order (Dkt. No. 4). Among the matters the parties may address in the status report, the Court directs that Ms. Barker and Millennium Bowl inform the Court whether they have resolved any of the issues discussed in the motion and whether they would like a hearing on the motion.

IT IS SO ORDERED this 28th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE