# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DE'SAUNDRA BARKER**                                                                                       **PLAINTIFF**

**v.**                                      **Case No. 4:14-cv-00588-KGB**

**MILLENNIUM BOWL INC., ET AL.**                                                             **DEFENDANTS**

## ORDER

Based on the parties' motion to dismiss with prejudice (Dkt. No. 18), the Court dismisses with prejudice this case.

IT IS SO ORDERED this 9th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE